AMANDA C. YEN, ESQ.
Nevada Bar No. 9726
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1000
Las Vegas, NV 89102
Telephone:   702.873.4100
Facsimile:    702.873.9966
Email: ayen@mcdonaldcarano.com

DARIUSH KEYHANI (DK9673) (*pro hac vice*)
MEREDITH & KEYHANI, PLLC
330 Madison Avenue, 6th Floor
New York, New York 10017
Telephone:   212.760.0098
Facsimile:    212.202.3819
Email: dkeyhani@meredithkeyhani.com

*Attorneys for Plaintiff LT Game International Ltd.*

**THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| LT GAME INTERNATIONAL LTD., <br><br> Plaintiff, <br><br> v. <br><br> SHUFFLE MASTER, INC., <br><br> Defendant. | CASE NO. 2:12-CV-01216-GMN-GWF <br><br> **LT GAME INTERNATIONAL LTD.'S CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LR 7.1.1 AND FRCP 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for plaintiff LT Game International LTD. hereby certifies that there are no known interested parties other than those named in the caption.

. . .

. . .

. . .

. . .

. . .

. . .

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

RESPECTFULLY SUBMITTED this 19th day of July, 2012.

McDONALD CARANO WILSON LLP

By: /s/ Amanda C. Yen
AMANDA C. YEN, ESQ. (NSBN 9726)
2300 W. Sahara Avenue, Suite 1000
Las Vegas, NV 89102
Telephone: 702.873.4100
Facsimile: 702.873.9966
Email: ayen@mcdonaldcarano.com

DARIUSH KEYHANI (DK9673) (*pro hac vice*)
MEREDITH & KEYHANI, PLLC
330 Madison Avenue, 6th Floor
New York, New York 10017
Telephone: 212.760.0098
Facsimile: 212.202.3819
Email: dkeyhani@meredithkeyhani.com

*Attorneys for plaintiff LT Game International Ltd.*

LVDOCS-#256958-v1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of McDonald Carano Wilson LLP, and that on the 19th day of July, 2012, a true and correct copy of the foregoing **LT GAME INTERNATIONAL LTD.'S CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LR 7.1.1 AND FRCP 7.1** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification, and by U.S. Mail, postage prepaid, upon the parties and at the addresses listed below:

>   Shuffle Master, Inc.
>   c/o Its Registered Agent, Kathryn Lever
>   1106 Palms Airport Drive
>   Las Vegas, NV  89119

*/s/ Della Sampson*
An employee of McDonald Carano Wilson LLP