# EXHIBIT 2

# EXHIBIT 2

**LAS VEGAS REVIEW-JOURNAL**

Advertise | RJ Rewards | Subscriptions | Email alerts | e-Edition | Recent Stories



Thursday, December 12, 2013     49°F  Mostly Clear
                                Las Vegas NV

Search this site

| Home | News | Gambling | Entertainment | Business | Sports | Community | Obits | Jobs | Autos | Homes | Buy & Sell | Deals | Visitor Guide |

Las Vegas | Tourism | Conventions | Economy | Housing | Money & Investing | Banking | Nation & World | Get On the List | Legal Notices

Home » Business » Casinos & Gaming

LEAVE US A MESSAGE

Like 0    +1 0

New Orleans developer makes...                                    Ameristar Casinos say...

**Posted** January 2, 2013 - 6:31am

# Macau gaming revenues grow in 2012, hit record $38 billion



**By Howard Stutz LAS VEGAS REVIEW-JOURNAL**

Let's put some perspective on the record $38 billion in gaming revenues collected by Macau's casino industry in 2012.

The figure is higher than the $35.64 billion collected by the entire U.S. commercial casino industry in 2011.

During December, Macau's 35 casinos collected a single-month record of $3.5 billion in gaming revenues, more than half of what the Strip's casinos collected in all of 2011.

Macau's $38 billion gaming revenue take was a 13.5 percent increase from the $33.5 billion the market collected in 2011. However, Macau casinos grew gaming revenues 42 percent between 2010 and 2011.

"By and large, we believe the calendar year 2012 gross gaming revenue growth was ahead of most Wall Street estimates, the majority of which were ratcheted down throughout the year and conservative leaning, in our view," Stifel Nicolaus Capital Markets gaming analyst Steven Wieczynski said.

Macau's Gaming Inspection and Coordination Bureau released the statistics Wednesday as the market continued to be the world's largest gambling region in terms of gross gaming revenues.

December's gaming revenues were helped by an extra weekend day and the month's 20 percent increase from a year ago gave investors some insight into this year's potential.

"The month's revenue result for December is important as investors are likely to use it to form baseline growth expectations for 2013," JP Morgan gaming analyst Joe Greff told investors. "Currently, buy-side expectations for 2013 marketwide growth are in the high-single digit range."

Gaming revenue growth slowed in Macau during 2012. Three times last year, monthly gaming revenues increased by single digits, which were considered bad months in the Chinese gaming market. In July, gaming revenues grew just 1.5 percent, the lowest increase in three years.

Casinos, which have relied on high-end baccarat players for more than two-thirds of their revenues, are now seeing increased visitation by middle-class Chinese customers.

Mainland China has improved access to Macau for the average visitors.

"On the heels of important infrastructure works, we think mass market will continue to post 25 percent-plus growth," Union Gaming Group principal Grant Govertsen told investors.

The Chinese economy also slowed during 2012, but analysts said signs have been pointing toward an improved environment.

Operated as a Special Administrative Region of China since 1999 after the former Portuguese colony was returned to Chinese control, gaming was expanded in 2002.

The market quickly boomed once a four-decade casino monopoly held by Hong Kong billionaire Stanley Ho was

**RJ FEATURES**

Nevada 150: Celebrating the Silver State

National Finals Rodeo

7 things to do in Las Vegas during the holiday season

Delivering a New Downtown: How two generations of downtown leaders are reshaping the heart of the city

Deadly Force Database: When Las Vegas Police shoot, and kill

NFL Team Bar Directory: Feel the "watch-a-game-back-home" vibe

Fischer Said to Be Top Choice for Fed Vice Cha…



Macau gaming revenues grow in 2012, hit record $38 billion | Las...    http://www.reviewjournal.com/business/casinos-gaming/macau...

ended. Casinos are now operated in the market by Las Vegas Sands Corp., Wynn Resorts Ltd., and MGM Resorts International.

Las Vegas Sands opened the initial phase of the $4.4 billion Sands Cotai Central in April with a 600-room Conrad Hotel and a 1,200-room Holiday Inn, along with casinos, retail, dining, convention space and other amenities. A 4,000-room Sheraton is expected to open in March.

Las Vegas Sands is hoping the Macau government allows the company to build another resort on Cotai, but the company is behind the curve.

In May, the government gave the go-ahead for Wynn Resorts to begin building a $4 billion Cotai resort. In November, MGM Resorts was given permission for a $2.5 billion Cotai project and Hong Kong-based SJM was approved for its Cotai casino at a cost to be determined.

The three projects probably won't be open well before 2015 at the earliest with Wynn's the first in line. That means Macau will experience little gaming growth for several years.

On Tuesday, Macau casinos implemented a smoking ban in which a portion of the casino floors are to be nonsmoking. Wells Fargo Securities gaming analyst Cameron McKnight said with just two days of anecdotal evidence, the smoking ban has yet to show any meaningful impact.

"All six operators have retained smoking areas on their mass floors, and Wynn Macau currently has the largest non-smoking area at 58.6 percent of floor space," McKnight said.

Contact reporter Howard Stutz at hstutz@reviewjournal.com or 702-477-3871. Follow @howardstutz on Twitter.

New Orleans developer makes...                                                                                      Ameristar Casinos say...

| Rules for posting comments

Comments posted below are from readers. In no way do they represent the view of Stephens Media LLC or this newspaper. This is a public forum. Read our guidelines for posting. If you believe that a commenter has not followed these guidelines, please click the FLAG icon next to the comment.

Comments for this thread are now closed.

AROUND THE WEB                                                                                                                 WHAT'S THIS?

**2014 Nissan Rogue: Here Comes Trouble**
Nissan

**5 Tips To Avoid Legal Fallout From Workplace Romance**
NFIB

**These 5 Signs Warn You That Cancer Is Starting Inside Your Body.**
Newsmax Health

ALSO ON LAS VEGAS REVIEW-JOURNAL

**UNLV president approved to lead University of North Texas**  4 comments

**Madden skills: Man applies for coaching job based on video game prowess**  6 comments

**Undersheriff: Man shot by police said he would 'die tonight'**  58 comments

**Reid: Jobless aid to be 'first item of business' in new year**  63 comments

**0 comments**                                                                                                   ★  0

Newest ▾            Community                                                    Share ↗        Login ▾

No one has commented yet.

✉ Subscribe        ᴅ Add Disqus to your site



### Most Viewed | Popular | Comments

Man found dead in own home, burglary possible motive

Security video of Drai's nightclub shooting released

Attorney pleads guilty in Las Vegas court counseling scheme

Macau operations help credit profiles of Las Vegas Sands,...

Bottoms up (cheaply): 99 Cents Only to add beer and wine

Police seek info on man found dead, slumped over steering...

### Tweets

**Howard Stutz**  31m
@howardstutz
Updated: Caesars files lawsuit against Massachusetts gaming commission chairman
shar.es/Og94p via @reviewjournal #lvrj
Expand

**Jennifer Robison**  3h
@J_Robison1
Recognize these folks? They gave me a tour of this 25,000-sf home. Story soon on its most unusual "feature." #lvrj
pic.twitter.com/3L0m30duzP

Compose new Tweet…

**Aardvark Affordable Carpet and Upholstery Cleaning - $57 Carpet Cleaning**
Rely on Aardvark Carpet Cleaning to bring your carpets back to "b...

**Vegas Painting Parties - Great offer from Vegas Painting Parties**
Do you have a Birthday, Anniversary, or even a date planned? Buy ...

Previous        Click to see local deals        Next

**Coffee with Catapult:…**
Friday, Dec 13, 8:00 am
Catapult Groups, Las Vegas

**Email Lead Nurturing…**
Thursday, Dec 24, 7:00 pm
Leadsberry Lead Nurturing Software, Las Vegas

**Email Lead Nurturing…**
Saturday, Sep 24, 10:00 am
Leadsberry Lead Nurturing Software, Las Vegas

000043

Macau gaming revenues grow in 2012, hit record $38 billion | Las...   http://www.reviewjournal.com/business/casinos-gaming/macau...





## COLUMNISTS



**DOUG ELFMAN**
Las Vegas DJs share tips for comfy travel



**BOB MORRIS**
Decomposing matter best way to acidify soil



**SHERMAN FREDERICK**
Harry's 'Reidsplaining'



**JASON BRACELIN**
A few of my favorite listens of 2013

More Columnists



| Connect | Services | Solutions | Follow Us |
|---|---|---|---|
| Contacts | Subscribe | Advertise with us | Facebook |
| Letter to the Editor | Manage subscription | Place a classified ad | Twitter |
| Jobs at the RJ | Put the paper on hold | How to link to the RJ | RSS Feed |
| Feedback | Report a delivery problem | FAQs | Google+ |
| Submit a News Tip | eNewsletter Sign Up | | Pinterest |

Copyright © Stephens Media LLC 2013. All rights reserved. • Privacy Policy