# EXHIBIT 4
# FILED UNDER SEAL

# FILED UNDER SEAL
# EXHIBIT 4