DARIUSH KEYHANI (DK9673) (*pro hac vice*)
MEREDITH & KEYHANI, PLLC
330 Madison Avenue, 6th Floor
New York, New York 10017
Telephone:     212.760.0098
Direct Dial:    646.536.5692
Facsimile:      212.202.3819
Email: dkeyhani@meredithkeyhani.com

AMANDA C. YEN, ESQ.
Nevada Bar No. 9726
JOSEPH P. SCHRAGE, ESQ.
Nevada Bar No. 11270
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Ste. 1200
Las Vegas, NV 89102
Telephone:     702.873.4100
Facsimile:     702.873.9966
Email: ayen@mcdonaldcarano.com
         jschrage@mcdonaldcarano.com

*Attorneys for Plaintiff LT Game International Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| LT GAME INTERNATIONAL LTD., | CASE NO.  2:12-cv-01216-JAD-GWF |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE RESPONSE AND REPLY BRIEFS TO SHUFFLE MASTER, INC.'S MOTION TO DISMISS THIRD AMENDED COMPLAINT, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| SHUFFLE MASTER, INC., | |
| Defendant. | |
| | **[First Request]** |

IT IS HEREBY STIPULATED AND AGREED by plaintiff LT Game International Ltd. ("Plaintiff") and defendant SHFL entertainment, Inc. f/k/a Shuffle Master, Inc. ("Defendant"), through their respective undersigned counsel, that in order to allow sufficient time for response and reply briefs to be drafted due to conflicts in counsels' schedules, the deadlines for Plaintiff to file its opposition brief to Defendant's Motion to Dismiss Third Amended Complaint, or in the Alternative, Motion for Summary Judgment ("Motion") and for Defendant to file its reply brief in support of the Motion shall be modified as follows:

Plaintiff's opposition brief to the Motion shall be due on **June 5, 2014**; and

1  Defendant's reply brief in support of the Motion shall be due on **June 23, 2014**.

2  The undersigned represent that this stipulation is not designed for purposes of delay, and this is the first stipulation and request for an extension of either of these deadlines. Accordingly, the parties jointly request that the Court enter the following Order approving this stipulation.

DATED this 30th day of April, 2014.

| MCDONALD CARANO WILSON LLP | PISANELLI BICE, PLLC |
|---|---|
| By: */s/ Amanda C. Yen*<br>Amanda C. Yen, Esq., #9726<br>Joseph P. Schrage, Esq., #11270<br>2300 w. Sahara Avenue, Ste. 1000<br>Las Vegas, Nevada 89102<br><br>Dariush Keyhani, Esq. *(pro hac vice)*<br>MEREDITH & KEYHANI, PLLC<br>330 Madison Avenue, 6th Floor<br>New York, New York 10017<br>*Attorneys for Plaintiff LT Game International Ltd.* | By: */s/ Christopher R. Miltenberger*<br>James J. Pisanelli, Esq., #4027<br>Christopher R. Miltenberger, Esq., #10153<br>Eric T. Aldrian, Esq., #11897<br>3883 Howard Hughes Parkway, Suite 800<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendant SHFL Entertainment, Inc. f/k/a Shuffle Master, Inc.* |

**ORDER**

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 14, 2014.

SUBMITTED BY:

MCDONALD CARANO WILSON LLP

By: */s/ Amanda C. Yen*
Amanda C. Yen, Esq., #9726
Joseph P. Schrage, Esq., #11270
2300 W. Sahara Avenue, Ste. 1200
Las Vegas, Nevada 89102

Dariush Keyhani, Esq. (pro hac vice)
MEREDITH & KEYHANI, PLLC
330 Madison Avenue, 6th Floor
New York, New York 10017

*Attorneys for Plaintiff LT Game International Ltd.*