James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
Christopher R. Miltenberger, Esq., Bar No. 10153
CRM@pisanellibice.com
Eric T. Aldrian, Esq., Bar No. 11897
ETA@pisanellibice.com
PISANELLI BICE PLLC
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Telephone:   (702) 214.2100
Facsimile:    (702) 214.2101

*Attorneys for SHFL Entertainment, Inc.*
*f/k/a Shuffle Master, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LT GAME INTERNATIONAL LTD.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SHUFFLE MASTER, INC.,<br><br>　　　　Defendant. | Case No.: 2:12-cv-01216-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY BRIEF IN SUPPORT OF SHUFFLE MASTER, INC.'S MOTION TO DISMISS THIRD AMENDED COMPLAINT, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**<br><br>**[Second Request]** |

Plaintiff LT GAME INTERNATIONAL LTD. ("Plaintiff"), by and through its attorneys, the law firm of MCDONALD CARANO WILSON, LLP and MEREDITH & KEYHANI, PLLC, and Defendant SHFL ENTERTAINMENT, INC. f/k/a Shuffle Master, Inc. ("Defendant"), by and through its attorneys, the law firm of PISANELLI BICE PLLC, hereby stipulate and agree as follows:

Defendant has requested a brief extension of time to file its Reply brief in support of its Motion to Dismiss Third Amended Complaint, or in the Alternative, Motion for Summary Judgment ("Motion") due to conflicts in counsel's schedule and to allow sufficient time to prepare its brief. Plaintiff does not oppose Defendant's request for an extension of the Reply deadline. Accordingly, the parties have agreed that Defendant's deadline to file its Reply in support of its Motion shall be extended from June 23, 2014 to **June 27, 2014**.

1

The parties represent that this stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose. Accordingly, the parties jointly request that the Court enter the following Order approving this stipulation.

Respectfully submitted this 19th day of June, 2014.

| MCDONALD CARANO WILSON LLP | PISANELLI BICE, PLLC |
|---|---|
| By: /s/ Joseph P. Schrage<br>Amanda C. Yen, Esq., #9726<br>Joseph P. Schrage, Esq., #11270<br>2300 w. Sahara Avenue, Ste. 1000<br>Las Vegas, Nevada 89102<br><br>Dariush Keyhani, Esq. *(pro hac vice)*<br>MEREDITH & KEYHANI, PLLC<br>330 Madison Avenue, 6th Floor<br>New York, New York 10017<br>*Attorneys for Plaintiff LT Game International Ltd.* | By: /s/ Christopher R. Miltenberger<br>James J. Pisanelli, Esq., #4027<br>Christopher R. Miltenberger, Esq., #10153<br>Eric T. Aldrian, Esq., #11897<br>3883 Howard Hughes Parkway, Suite 800<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendant SHFL Entertainment, Inc. f/k/a Shuffle Master, Inc.* |

**ORDER**

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

DATED: June 24, 2014.

SUBMITTED BY:

PISANELLI BICE PLLC

By: /s/ Christopher R. Miltenberger
James J. Pisanelli, Esq., #4027
Christopher R. Miltenberger, Esq., #10153
Eric T. Aldrian, Esq., #11897
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169

*Attorneys for Defendant SHFL Entertainment, Inc.
f/k/a Shuffle Master, Inc.*