AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

LT Game International Ltd.

Plaintiff,

V.

Shuffle Master, Inc.

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:12-cv-01216-JAD-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is hereby entered pursuant to Order #150 entered November 24, 2014.

November 24, 2014  
Date

/s/ Lance S. Wilson  
Clerk

/s/ Molly Morrison  
(By) Deputy Clerk